| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Julie Philippi<br>The Turoci Firm<br>3845 Tenth St<br>Riverside, CA 92501<br><br>951-784-1678<br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE**

| In re:<br><br>Connie Gutierrez<br><br>Debtor(s). | CASE NO.: 6:18-bk-20477-MH<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 6:19-ap-01028-MH |
|---|---|
| Robert S. Whitmore<br><br>Plaintiff(s)<br>Versus<br>Daniel Gutierrez<br>(See Attachment A for names of additional defendants)<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **03/08/2019.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Date: | April 10, 2019 |
|---|---|
| Time: | 02:00 PM |
| Hearing Judge: | Mark D. Houle |
| Location: | 3420 Twelfth St., Crtrm 303, Riverside, CA 92501 |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016　　　　　　　　　　　　　Page 1　　　　　　**F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

 

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>February 6, 2019</u>

By: <u>   "s/" Rita Cargill   </u>

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    **F 7004-1.SUMMONS.ADV.PROC**

## ATTACHMENT A
### Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Robert S. Whitmore | Daniel Gutierrez<br>Toby Gutierrez |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____  _____
Date                 Printed Name                      Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                            **F 7004-1.SUMMONS.ADV.PROC**

## UNITED STATES BANKRUPTCY COURT

### Early Meeting of Counsel and Status Conference Instructions
### Effective February 17, 2012

1. **Service of Order.** A copy of this Order Re: Rule 26(f) Meeting, Initial Disclosures, and Scheduling Conference must be served with the summons and complaint. The proof of service of the summons and complaint must indicate that a copy of this order was served therewith.

2. **Local Bankruptcy Rule 7026-1**. Compliance with Local Bankruptcy Rule 7026-1 ("LBR 7026-1") is required in ALL adversary proceedings.

3. **Rule 26(f) Meeting**. Unless all defendants default, the parties must meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("Rule 26(f) Meeting") at least 21 days before the status conference date set forth in the summons. **The status conference set forth in the summons shall also serve as the initial Rule 16(b) Scheduling Conference in this adversary proceeding.**

The parties are jointly responsible for arranging and attending the Rule 26(f) Meeting, which may be conducted in person or by telephone. During the Rule 26(f) Meeting, the parties must, at a minimum: (a) discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case; (b) make or arrange for the initial disclosures required by Rule 26(a)(1); and (c) develop a proposed discovery plan. The discussion of claims and defenses must be substantive and meaningful. The parties are directed to approach the Rule 26(f) Meeting cooperatively and in good faith.

4. **Initial Disclosures**. Rule 26(a)(1) states that a party must, without awaiting a discovery request, provide to other parties:

1

Case 6:19-ap-01028-MH    Doc 5    Filed 02/06/19    Entered 02/06/19 05:38:49    Desc
Main Document      Page 2 of 4

    a.    The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

    b.    A copy of – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

    c.    A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

    d.    For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

F.R.Civ.P. 26(a)(1)(A). Rule 26(a)(1) requires a party to make its initial disclosures based on the information then reasonably available to it. A party is not excused from making its disclosures because it has not fully completed its investigation of the case or because it challenges the sufficiency of another party's disclosures or because another party has not made its disclosures. F.R.Civ.P. 26(a)(1)(E).

5.    **Alternative Dispute Resolution ("ADR").** The parties must explore the feasibility of ADR to reach a settlement or early resolution of the adversary proceeding. The specific reasons for any decision not to participate in a form of early ADR must be explained in the Joint Status Report. If the parties elect not to participate in an early ADR effort, the court may nonetheless direct the parties to ADR before trial.

6. **Discovery Plan.** At the Rule 26(f) Meeting, the parties must also discuss any issues about preserving discoverable information and develop a proposed discovery plan. The discussion regarding discovery following the initial disclosures must address the relevance of the discovery sought and the sequence and timing of such discovery, including whether the discovery will be conducted informally or formally. The deadlines in the discovery plan must be mutually agreeable, with a view to achieving resolution of the case with a minimum of expense and delay.

7. **Joint Status Report**. Not later than 7 days before the status conference/Rule 16(b) Scheduling Conference date set forth in the summons, the parties must file a Joint Status Report in a form substantively identical to LBR **Form F 7016-1.1.** The Joint Status Report must contain the information set forth in LBR 7016-1(a)(2), and a statement that the parties have completed the Rule 26(f) Meeting and made the initial disclosures required by Rule 26(a)(1). The Joint Status Report shall also serve as the written report of the Rule 26(f) Meeting.

8. **Status Conference / Rule 16(b) Scheduling Conference.** At the Rule 16(b) Scheduling Conference, the court will review the discovery plan set forth in the Joint Status Report and set appropriate deadlines. The court seeks to try all adversary proceedings not later than 18 months of the filing of the complaint. Consequently, all deadlines in the schedule, including the dispositive motion deadline, must be met within 12 to 14 months of the filing of the complaint to afford adequate time for briefing and ruling prior to the final pretrial conference and trial date.

Counsel representing any party in conjunction with the Rule 26(f) Meeting, Joint Status Report, and Rule 16(b) Scheduling Conference must be authorized to bind the party on all matters to be covered.

9. **Default.** If no response to the complaint is timely filed, plaintiff should request entry of default by the clerk <u>prior</u> to the status conference date set forth in the summons. F.R.Civ.P. 55(a). Plaintiff may also request entry of a default judgment by filing and serving an appropriate motion. F.R.Civ.P. 55(b)(2).

10. **Sanctions.** Failure to comply with these instructions may subject the responsible party and/or counsel to sanctions. The failure of either party to cooperate in the preparation and filing of a Joint Status Report or appear at the status conference may result in the imposition of sanctions under LBR 7016-1(f) or (g).

                                             Mark D. Houle

                                   United States Bankruptcy Judge

THE TUROCI FIRM
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
Telephone: 888-332-8362
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>CONNIE GUTIERREZ,<br><br>        Debtor.<br><br>ROBERT WHITMORE, Chapter 7 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>DANIEL GUTIERREZ and TOBY GUTIERREZ,<br><br>        Defendants. | Chapter 7<br>Case No. 6:18-bk-20477-MH<br>Adv. Proc. No. 6:19-ap-<br><br>**COMPLAINT TO AVOID FRAUDULENT TRANSFER OF PROPERTY OF THE ESTATE**<br><br>[11 U.S.C. §§ 548 and 550]<br><br>Status Conference:<br>Date:<br>Time:<br>Ctrm:  Courtroom 303<br>        US Bankruptcy Court<br>        3420 Twelfth St<br>        Riverside CA  92501 |

Plaintiff Robert Whitmore (the "Trustee" or "Plaintiff"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate (the "Estate") of Connie Gutierrez (the "Debtor"), hereby alleges as follows:

///

///

## JURISDICTION AND VENUE

1. This court has jurisdiction over this proceeding pursuant to 28 U.S.C. sections 157(b) and 1334(a) and General Order No. 242-A of the District Court for the Central District of California. This adversary proceeding is a core proceeding under 28 U.S.C. sections 157(a) and 157(b)(2)(A), (F), and (H).

2. Venue is proper in this court under 28 U.S.C. section 1409 because the Debtor's bankruptcy case is pending in the Central District of California.

## THE PARTIES

3. Plaintiff is the duly appointed, qualified, and acting Chapter 7 Trustee of the Estate created in the instant chapter 7 bankruptcy case pending in the United States Bankruptcy Court, Central District of California, Riverside Division, which is captioned *In re Connie Gutierrez*, Case Number 6:18-bk-20477-MH (the "Bankruptcy Case").

4. Debtor initiated the Bankruptcy Case under Title 11 of the United States Code by filing a voluntary chapter 7 petition on December 14, 2018.

5. Plaintiff is informed and believes and thereby alleges that Defendant Daniel Gutierrez ("Daniel") is an individual residing in Norwalk, California. Plaintiff is informed and believes and thereby alleges that Daniel is the Debtor's son and is therefore an insider of the Debtor within the meaning of "insider" in 11 U.S.C. section 101(31).

6. Plaintiff is informed and believes and thereby alleges that Defendant Toby Gutierrez ("Toby") is an individual residing in Rancho Cucamonga, California. Plaintiff is informed and believes and thereby alleges that Toby is the Debtor's son and is therefore an insider of the Debtor within the meaning of "insider" in 11 U.S.C. section 101(31).

## PRELIMINARY ALLEGATIONS

7. This complaint against Daniel and Toby (collectively, the "Defendants") initiates an adversary proceeding in which Plaintiff is seeking to recover for the benefit of creditors the value of the sale proceeds from the sale of the real property commonly known as 13557 Semora Place, Cerritos, California 90703, APN 7022-002-013 (the "Real Property").

8. Plaintiff is informed and believes and thereby alleges that on or about March 22, 2017, Debtor sold the Real Property and received approximately $300,000.00 (the "Net Proceeds") from that sale. Debtor was the sole owner of the Real Property.

9. Plaintiff is informed and believes and thereby alleges that on or about March 22, 2017, Debtor gave Toby and Daniel $140,000 each for a total of $280,000 from the Net Proceeds to Defendants for no consideration (the "2017 Transfers").

10. Plaintiff is informed and believes and thereby alleges that the 2017 Transfers affected a transfer of all or substantially all the Debtor's assets.

11. Plaintiff is informed and believes and thereby alleges that the 2017 Transfers are avoidable.

## FIRST CLAIM FOR RELIEF
## AVOIDANCE OF FRAUDULENT TRANSFER
## AGAINST DEFENDANTS TOBY AND DANIEL GUTIERREZ
## [11 U.S.C. § 548(a)(1)(A)]

12. Plaintiff realleges every allegation contained in paragraphs 1 through 11 of this complaint and by this reference incorporates the allegations as though set forth fully herein.

13. Plaintiff is informed and believes and thereby alleges that the 2017 Transfers were made with the actual intent to hinder, delay, or defraud Debtor's creditors to whom the Debtor was indebted, or became indebted, on or after the 2017 Transfers.

14. By reason of the foregoing, the 2017 Transfers are voidable pursuant to 11 U.S.C. sections 548(a)(1)(A).

## SECOND CLAIM FOR RELIEF
## AVOIDANCE OF FRAUDULENT TRANSFER
## AGAINST DEFENDANTS TOBY AND DANIEL GUTIERREZ
## [11 U.S.C. § 548(a)(1)(B)(i) and (ii)(I)]

15. Plaintiff realleges each and every allegation contained in paragraphs 1 through 14 of this complaint and by this reference incorporates the allegations as though set forth fully herein.

16. Plaintiff is informed and believes and thereby alleges that the 2017 Transfers were made for less than reasonable equivalent value at a time when Debtor was insolvent or as a result of which Debtor became insolvent.

17. By reason of the foregoing, the 2017 Transfers are avoidable pursuant to 11 U.S.C. sections 548(a)(1)(B)(i) and (ii)(I).

### THIRD CLAIM FOR RELIEF
### AVOIDANCE OF FRAUDULENT TRANSFER
### AGAINST DEFENDANTS TOBY AND DANIEL GUTIERREZ
### [11 U.S.C. § 548(a)(1)(B)(i) and (ii)(III)]

18. Plaintiff realleges each and every allegation contained in paragraphs 1 through 17 of this complaint and by this reference incorporates the allegations as though set forth fully herein.

19. Plaintiff is informed and believes and thereby alleges that the 2017 Transfers were made without Debtor receiving reasonably equivalent value in exchange for the 2017 Transfers, and that Debtor intended to incur, or reasonably should have believed that she would incur, debts beyond Debtor's ability to pay as they came due.

20. By reason of the foregoing, the 2017 Transfers are avoidable pursuant to 11 U.S.C. sections 548(a)(1)(B)(i) and (ii)(III).

### FOURTH CLAIM FOR RELIEF
### RECOVERY OF AVOIDED TRANSFER
### AGAINST DEFENDANTS TOBY AND DANIEL GUTIERREZ
### [11 U.S.C. § 550]

21. Plaintiff realleges each and every allegation contained in paragraphs 1 through 20 of this complaint and by this reference incorporates the allegations as though set forth fully herein.

22. By reason of the foregoing, Plaintiff is entitled to recover the transferred property or its value from the Defendants pursuant to 11 U.S.C. section 550(a).

**WHEREFORE**, Plaintiff prays for judgment as follows:

On the First, Second, and Third Claims for Relief

1. For a judgment that the 2017 Transfers be avoided;

4

<u>On the Fourth Claim for Relief</u>

2. For a judgment that the 2017 Transfer to Daniel Gutierrez in the amount of $140,000, or its respective value, be recovered for the benefit of the Estate pursuant to 11 U.S.C. section 550;

3. For a judgment that the 2017 Transfer to Toby Gutierrez in the amount of $140,000, or its respective value, be recovered for the benefit of the Estate pursuant to 11 U.S.C. section 550;

<u>On All Claims for Relief</u>

3. For attorney's fees;

4. For costs of suit herein; and

5. For such other and further relief as the Court deems just and proper.

DATED: February 5, 2019

THE TUROCI FIRM

By: _____
Julie Philippi
Attorney for Robert Whitmore,
Chapter 7 Trustee

5

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Robert Whitmore, Chapter 7 Trustee | **DEFENDANTS**<br>Daniel Gutierrez<br>Toby Gutierrez |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>The Turoci Firm,<br>3845 Tenth St<br>Riverside CA 92501<br>951-784-1678 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>■ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ■ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Avoidance of fraudulent transfer (11 USC 548); recovery of avoided property or its value (11 USC 550) | |

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 280,000 |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Connie Gutierrez | BANKRUPTCY CASE NO.<br>6:18-bk-20477MH |||
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Riverside || NAME OF JUDGE<br>Mark Houle |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE || NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE<br>2/5/19 || PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Julie Philippi ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Case 6:19-ap-01028-MH    Doc 6    Filed 02/06/19    Entered 02/06/19 10:54:05    Desc
Main Document    Page 16 of 20

Case 6:19-ap-01028-MH    Doc 2    Filed 02/05/19    Entered 02/05/19 15:49:28    Desc
Summons and Notice of Status Conference    Page 1 of 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| THE TUROCI FIRM<br>Todd Turoci, SBN 160059<br>Julie Philippi, SBN 166108<br>3845 Tenth St<br>Riverside CA 92501<br>951-784-1678<br>Fax 866-762-0618<br>mail@theturocifirm.com<br><br>Attorney for Plaintiff | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>CONNIE GUTIERREZ,<br><br><br><br>Debtor(s). | CASE NO.: 6:18-BK-20477mh<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 6:19-ap- |
|---|---|
| ROBERT WHITMORE, Chapter 7 Trustee<br><br><br>Plaintiff(s)<br>Versus<br>DANIEL GUTIERREZ and TOBY GUTIERREZ,<br><br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

**Hearing Date:** _____
**Time:** _____
**Courtroom:** 303

Place:
- [ ] 255 East Temple Street, Los Angeles, CA 90012
- [X] 3420 Twelfth Street, Riverside, CA 92501
- [ ] 411 West Fourth Street, Santa Ana, CA 92701
- [ ] 1415 State Street, Santa Barbara, CA 93101
- [ ] 21041 Burbank Boulevard, Woodland Hills, CA 91367

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012    Page 1    F 7004-1.SUMMONS.ADV.PROC

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                  Page 2                              F 7004-1.SUMMONS.ADV.PROC

Case 6:19-ap-01028-MH    Doc 6    Filed 02/06/19    Entered 02/06/19 10:54:05    Desc
Main Document    Page 18 of 20

Case 6:19-ap-01028-MH    Doc 2    Filed 02/05/19    Entered 02/05/19 15:49:28    Desc
Summons and Notice of Status Conference    Page 3 of 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
Date                       Printed Name               Signature

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                              Page 3                        F 7004-1.SUMMONS.ADV.PROC

**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
Telephone: 888-332-8362
Facsimile: 866-762-0618
Email: mail@theturocifirm.com

Attorney for Plaintiff

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>CONNIE GUTIERREZ,<br><br>              Debtor.<br>_____<br>ROBERT WHITMORE, Chapter 7 Trustee,<br><br>              Plaintiff,<br><br>v.<br><br>DANIEL GUTIERREZ and TOBY GUTIERREZ,<br><br>              Defendants. | Chapter 7<br>Case No. 6:18-bk-20477-MH<br>Adv. Proc. No. 6:19-ap-01028-MH<br><br>**NOTICE TO COMPLY WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1**<br><br><u>Status Conference</u>:<br>Date: 4/10/2019<br>Time: 2:00 PM<br>Ctrm: Courtroom 303<br>       US Bankruptcy Court<br>       3420 Twelfth St<br>       Riverside CA  92501 |

      Please take notice that compliance with Federal Rule of Bankruptcy Procedure 7026 and Local Bankruptcy Rule 7026-1 is required.

DATED: February 6, 2019

                                                                                   THE TUROCI FIRM

                                                        By: _____
                                                                 Julie Philippi
                                                                 Attorney for Robert Whitmore,
                                                                 Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3845 Tenth Street.
Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify* **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING; EARLY MEETING OF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS; COMPLAINT TO AVOID FRAUDULENT TRANSFER; NOTICE TO COMPLY WITH FEDERAL BANKRUPTCY RULE 7026 AND LBR 7026-1** will be served or was served in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **2/6/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Julie Philippi**     Julie@theturocifirm.com, mail@theturocifirm.com
- **United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov
- **Robert Whitmore (TR)**     rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com

☐ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **2/6/2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| Served by: | Served by: | Served by: |
|---|---|---|
| Personal Delivery | Overnight Mail via USPS Priority Mail Express 1-Day | Overnight Mail via USPS Priority Mail Express 1-Day |
| Hon. Mark D. Houle USBC Riverside Division 3420 Twelfth Street, Bin outside of courtroom 303 Riverside, CA 92501 | Daniel Gutierrez 13722 Fairford ave. Norwalk, CA 90650 | Toby Gutierrez 7060 Mantova Pl. Alta Loma, CA 91701 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/6/19 | **Adela Salgado** | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June   2012                                                                                                                                                              **9013-3.1.PROOF.SERVICE**